# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 10, 2019

## NO. 03-18-00345-CV

**Dr. Robert Coolbaugh, D.C., Appellant**

**v.**

**Texas Department of Insurance-Division of Workers' Compensation and Commissioner Ryan Brannan, in his Official Capacity, Appellees**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SHANNON
### AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment signed by the trial court on April 18, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.